UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>         v.<br><br>ARMANDO RIOS,<br><br>                Respondent. | CASE NO. 1:24-cv-00159-NODJ-HBK<br><br>ORDER TO SHOW CAUSE RE: SUMMONS ENFORCEMENT<br><br>DATE:  APRIL 11, 2024<br>TIME:   1:00 P.M.<br>CTRM:  5, 7TH FLOOR<br>JUDGE: HELENA M. BARCH-KUCHTA |

Upon the United States' Petition to Enforce Internal Revenue Service Summons (Doc. No. 1), including the Declaration of Revenue Officer Nirlaip Pandher (Doc. No. 1-1), it is hereby ORDERED:

    1.    Respondent, Armando Rios, shall appear before United States Magistrate Judge Helena Barch-Kuchta at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, on **Thursday, April 11, 2024, at 1:00 p.m.**, in Courtroom 5 to show cause why he should not be compelled to obey the Internal Revenue Service (IRS) summons issued on January 21, 2022.

    2.    The Court will preside pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(9).

    3.    To afford Respondent an opportunity to respond to this Order and Petitioner an opportunity to reply, a copy of this Order, the Petition, Declaration, and Exhibit A, shall be served in compliance with Fed. R. Civ. P. 4(e), at least thirty (30) days before the show cause hearing date, unless such service cannot be made despite reasonable efforts.

4. Proof of service under paragraph 3, above, shall be filed with the Clerk of Court.

5. The Petition and Declaration reflect a *prima facie* showing that the subject IRS investigation and summons are conducted and issued for a legitimate purpose, that the associated inquiry is relevant to that purpose, that the information sought is not already within the IRS' possession, and that the administrative steps required by the Internal Revenue Code have been followed. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden has therefore shifted to whomever might oppose enforcement of the summons.

6. Respondent shall file and serve any defense or opposition to the Petition at least fourteen (14) days before the show cause hearing date.  *See* L.R. 230(c).

7. At the show cause hearing, the Court intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the Petition may be deemed admitted.

8. If Respondent has no objections to the enforcement of the summons, he may file and serve a statement of non-opposition to the Petition at least ten (1) days prior to the show cause hearing date.  Respondent's appearance at the hearing will then be excused.

Dated:     February 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2