UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Petitioner,<br><br>       v.<br><br>ARMANDO RIOS,<br><br>                Respondent. | CASE NO. 1:24-cv-00159-NODJ-HBK<br><br>ORDER GRANTING UNITED STATES' *EX PARTE* APPLICATION TO CONTINUE SHOW CAUSE HEARING<br><br>(Doc. 8)<br><br>DATE: June 11, 2024<br>TIME: 1:00 P.M.<br>CTRM: 2<br>JUDGE: HELENA M. BARCH-KUCHTA |

Upon review of the United States' *Ex Parte* Application to Continue Show Cause Hearing (Doc. 8), and good cause appearing, the Court ORDERS:

    1.    The United States' *ex parte* motion (Doc. 8) is GRANTED. The Show Cause Hearing set for April 11, 2024, is CONTINUED to **Tuesday, June 11, 2024, at 1:00 pm**.

    2.    All deadlines provided in the Court's February 16, 2024 Order to Show Cause re: Summons Enforcement (Doc. 6) are EXTENDED accordingly.

Dated:   March 26, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE