UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO RIOS,<br><br>    Defendant. | No. 1:24-cv-00159-TLN-HBK<br><br>**ORDER** |

This matter is before the Court regarding Defendant Armando Rios' ("Rios") failure to comply with the Court's August 7, 2024, order granting the United States' petition to enforce an IRS summons. The Court held a show cause hearing on May 1, 2025. (ECF No. 23.) For the reasons stated on the record, the Court hereby orders as follows:

1. The Findings and Recommendations filed on March 6, 2025, (ECF No. 21), are GRANTED IN FULL;
2. The United States' Motion to hold Rios is contempt, (ECF No. 17), is GRANTED;
3. The Court finds Rios is in civil contempt for violating Magistrate Judge Helena M. Barch-Kuchta's August 7, 2024, Order (ECF No. 14), and Magistrate Judge Helena M. Barch-Kuchta's Order to Show Cause (ECF No. 21);

1

4. Rios is ORDERED to pay a $300.00 continuing daily fine payable to the United States until he complies with Magistrate Judge Helena M. Barch-Kuchta's August 7, 2024, order;

5. The United States is further ORDERED to file status reports every thirty (30) days informing the Court whether Rios has complied.  If three months pass and Rios has still not complied, the United States shall notify the Court and state whether the Court should consider issuing a warrant and remanding Rios into custody until he complies Magistrate Judge Helena M. Barch-Kuchta's August 7, 2024, order.

IT IS SO ORDERED.

DATED: May 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2