UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

          Petitioner,

    v.

ARMANDO RIOS,

          Respondent.

No. 1:24-cv-00159-TLN-HBK

**ORDER**

On February 2, 2024, the United States filed a petition to enforce an IRS summons, which the assigned magistrate judge subsequently granted on August 7, 2024. (ECF Nos. 1, 14.) Respondent Armando Rios ("Rios") never complied, and the United States then moved to hold Rios in civil contempt. (ECF No. 17.) On March 6, 2025, the assigned magistrate judge issued findings and recommendations to grant the United States's motion. (ECF No. 21.) The magistrate judge noted that given Rios's history of noncompliance, incarceration could be the only effective means to coerce compliance. (*Id.* at 9.) Rios was provided fourteen days to object to the findings and recommendations, but did not respond.

On May 1, 2025, the Court held a show cause hearing regarding Rios's failure to comply with the magistrate judge's August 7, 2024 order granting the United States' petition to enforce

1

1  the IRS summons. (ECF No. 23.) Rios did not appear. (*Id.*) The Court subsequently issued an
2  order holding Rios in civil contempt and ordering Rios to pay a $300.00 continuing daily fine
3  until he complied with the magistrate judge's August 7, 2024 order. (ECF No. 24.) The Court
4  further directed the United States to file status reports every thirty days informing the Court
5  whether Rios had complied. (*Id.* at 2.) If after three months, Rios had still not complied, the
6  Court also directed the United States to notify the Court whether it should consider issuing a
7  warrant and remanding Rios into custody. (*Id.*)

8  Three months have now passed since this Court's order holding Rios in contempt. On
9  August 4, 2025, the United States filed a status report indicating Rios has still not complied with
10 the magistrate judge's August 7, 2024 order. (ECF No. 29 at 1.) Additionally, the United States
11 reported that Rios has failed to pay the daily fine and has not made any attempt to contact the
12 United States. (*Id.*) Given this, the United States argued the Court should consider issuing a
13 warrant to remand Rios into custody until he complied. (*Id.* at 1–2.)

14 If a party is found to be in civil contempt, "a court may impose civil contempt sanctions to
15 [] compel or coerce obedience to a court order[.]" *Ahearn ex rel. N.L.R.B. v. Int'l Longshore &*
16 *Warehouse Union, Locs. 21 & 4*, 721 F.3d 1122, 1131 (9th Cir. 2013). These sanctions may
17 include monetary sanctions or a bench warrant for the contemnor's arrest. *Seymour v. Wilshire*
18 *Credit Corp. Home Loans Direct*, No. 2:19-CV-00564-MCE-KJN, 2023 WL 2167112, at *3
19 (E.D. Cal. Feb. 22, 2023). A district court "should apply the least coercive sanction (e.g., a
20 monetary penalty) reasonably calculated to win compliance with its orders." *United States v.*
21 *Flores*, 628 F.2d 521, 527 (9th Cir. 1980) (internal citation omitted).

22 Rios has already been sanctioned a $300.00 continuing daily fine until he complies with
23 the magistrate judge's August 7, 2024 order. To date, this sanction has proved ineffective. The
24 Court finds it is left with no other option but to issue a bench warrant for Rios's arrest. *See*
25 *Seymour*, WL 2167112, at *4 (E.D. Cal. Feb. 22, 2023) (similarly issuing a bench warrant after
26 monetary sanctions proved ineffective).

27 Accordingly, a bench warrant is hereby ISSUED for the arrest of Armando Rios to compel
28 his compliance with the magistrate judge's August 7, 2024 order and this Court's order directing

Rios to pay a $300.00 continuing daily fine.  The Clerk of Court is DIRECTED to serve a copy of the bench warrant on the United States Marshal who shall execute this bench warrant forthwith.  Defendant Armando Rios shall remain in custody until he complies with the previous orders or until a future order issued by this Court.  The Court further DISCHARGES the order requiring the United States to file status reports every thirty days and administratively CLOSES this case until such time Rios has complied or until further action is needed by the Court.

  IT IS SO ORDERED.

DATED: August 8, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE